IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Douglas J. Hill #135153, | ) | C/A No.   5:12-1428-MGL-KDW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Lt. Leslie Davis, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to Title 42, United States Code, § 1983.  This matter is before the court on Defendant's Motion for More Definite Statement, filed on October 17, 2012.  ECF No. 32.  Plaintiff did not respond to Defendant's motion.  In support of the motion for a more definite statement, Defendant requests that the court order Plaintiff "to provide the date on which he alleges that the Defendant deprived him of any rights, privileges, or immunities secured by the Constitutions and laws."  ECF No. 32.  Defendant contends that Plaintiff's Complaint is "so vague and ambiguous that Defendant cannot reasonably prepare a response."  *Id.*    The court has reviewed the allegations in Plaintiff's Complaint and notes that Plaintiff has not included in his Complaint specific dates that Defendant Davis allegedly used excessive force on Plaintiff or filed false charges against Plaintiff.  Accordingly, Defendant's Motion for a More Definite Statement, ECF No. 32, is GRANTED.  Plaintiff is ordered to provide the Defendant with the approximate dates for the

alleged occurrences or interactions that are the subject of Plaintiff's Complaint against Defendant Davis no later than November 30, 2012.

      IT IS SO ORDERED.

November 7, 2012  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge